1675 CITY OF DETROIT vs. FORT WAYNE & ELMWOOD RAILWAY CO., 41 M., 413.

To compel respondent to pave its share of a street upon which it operated its street railway, under the ordinance granting the franchise, which provided that it should keep the surface of the street inside the rails and for two feet four inches outside thereof, in good order and repair.

Granted July 2, 1879.

1676 CITY OF LANSING vs. LANSING CITY STREET RAILWAY CO., No. 15144; 3 D. L. N., 41; 66 N. W., 949. (Certiorari to Ingham.)

To compel respondent to repave that portion of a street lying between its tracks, and on each side of its track to the end of its ties, under the provisions of the ordinance which granted respondent's assignor the right to operate its lines.

The circuit judge granted the writ.

Affirmed April 21, 1896, with costs.

Respondent contended that the ordinance did not require it to repave, and insisted that mandamus is not the proper remedy.